No. 84–5092. BOOKER v. MISSISSIPPI, *ante*, p. 873. Respondent is requested to file a response to the petition for rehearing within 30 days.

No. 84–5407. GEMELLI v. PENNSYLVANIA. Super. Ct. Pa. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 26, 1984, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 83–2126. OKLAHOMA v. CASTLEBERRY ET AL. Ct. Crim. App. Okla. Certiorari granted. ▮

No. 84–205. VIRGINIA EX REL. DEPARTMENT OF CONSERVATION AND ECONOMIC DEVELOPMENT ET AL. v. CLARK, SECRETARY OF THE INTERIOR, ET AL. C. A. 4th Cir. Certiorari granted. ▮

No. 83–1924. CITY OF EL SEGUNDO ET AL. v. THORNE. C. A. 9th Cir. Certiorari denied. ▮

No. 83–1931. GUSTAFSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 83–1982. SARMIENTO-PEREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 83–2014. FREZZO v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮

No. 83–2065. JONES v. DEPARTMENT OF HUMAN RESOURCES OF GEORGIA ET AL. C. A. 11th Cir. Certiorari denied. ▮